# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Bryan Velazquez
on behalf of himself and all others similarly situated,

                Plaintiffs,

          v.

Summit Safety, LLC.

                Defendant.

CASE NO.: 1:22-cv-4387

---

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff

Bryan Velazquez and the Defendant Summit Safety, LLC that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that this action is

dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure.

**Dated:** <u>August 31, 2022</u>

| For Plaintiff Bryan Velazquez | For Defendant    Summit Safety, LLC |
|---|---|
| *Mark Rozenberg* | *Vanessa M.K.* |
| Mark Rozenberg | Vanessa Marie Kelly |
| Stein Saks, PLLC | Clark Hill, PLC |
| 1 University Plaza | 210 Carnegie Center Suite 102 |
| Hackensack, NJ 07601 | Princeton, NJ 08540 |
| Ph: (201) 282-6500 | Ph: (609) 785-2926 |
| mrozenberg@steinsakslegal.com | vkelly@clarkhill.com |

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 1, 2022

1